774 May 29, 2025 No. 471

***This is a nonprecedential memorandum opinion
pursuant to ORAP 10.30 and may not be cited
except as provided in ORAP 10.30(1).***

IN THE COURT OF APPEALS OF THE
STATE OF OREGON

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

HAYLEY BARBARA SKY,
*Defendant-Appellant*.

Lane County Circuit Court
22CR46714; A184121

Debra K. Vogt, Judge.

Submitted April 11, 2025.

Ernest G. Lannet, Chief Defender, Criminal Appellate Section, and Peter G. Klym, Deputy Public Defender, Oregon Public Defense Commission, filed the brief for appellant.

Jennifer S. Lloyd, Assistant Attorney General, waived appearance for respondent.

Before Lagesen, Chief Judge, and Egan, Judge.

EGAN, J.

Affirmed.

**EGAN, J.**

Defendant appeals from an order revoking probation and imposing a sentence of 14 months' incarceration and 24 months of post-prison supervision. Her appointed counsel filed a brief pursuant to ORAP 5.90 and *State v. Balfour*, 311 Or 434, 814 P2d 1069 (1991). The brief does not contain a Section B. *See* ORAP 5.90(1)(b). We affirm.[1]

Defendant pleaded guilty to one count of Assault in the Fourth Degree constituting domestic violence. ORS 163.160; ORS 135.230(4)(c); ORS 132.586. The trial court accepted the plea and sentenced defendant to a stipulated downward departure sentence that included 36-months' probation. Defendant subsequently admitted that she violated the conditions of her probation. Her probation was revoked, and she was sentenced to 14 months' incarceration and 24 months of post-prison supervision pursuant to the stipulated sentence.

Having reviewed the record, including the trial court file, the transcript of the hearings, and the *Balfour* brief, and taking into account our statutorily circumscribed authority to review, *see* ORS 138.105, we have identified no arguably meritorious issues.

Affirmed.

---

[1] As authorized by ORS 2.570(2)(b), this matter is determined by a two-judge panel. *See, e.g.*, *State v. Yother*, 310 Or App 563, 484 P3d 1098 (2021) (deciding matter submitted through *Balfour* process by two-judge panel); *Ballinger v. Nooth*, 254 Or App 402, 295 P3d 115 (2012), *rev den*, 353 Or 747 (2013) (same).